# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MATHEW PAUL GUMZ,<br><br>    Defendant. | Case No. 5: 17 MJ 00028 JLT<br><br>ORDER DENYING DEFENDANT'S MOTION FOR BAIL REVIEW<br><br>(ECF No. 11) |

On September 19, 2017, Defendant Mathew Paul Gumz filed a motion to modify his terms of release. A hearing on Defendant's motion was held September 29, 2017. Defendant appeared out of custody with counsel Andrew Wong. Counsel Laurel Montoya appeared for the government. Having considered the moving papers and the arguments presented at the September 29, 2017 hearing the Court shall deny Defendant's motion for modification.

For the reasons stated on the record, Defendant's request to modify his terms of release, namely the lifting of the restriction that his travel be limited to the Central District of California except for work and court related matters, is simply a request to reconsider Judge Thurston's original release order, without any new information to justify the removal of this condition. Therefore, Defendant's motion for modification of his terms of release is DENIED.

IT IS SO ORDERED.

Dated: **September 29, 2017**

UNITED STATES MAGISTRATE JUDGE

1