1  PHILLIP A. TALBERT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 5:17-MJ-00028-JLT

12                      Plaintiff,          STIPULATION REGARDING EXCLUDABLE
                                            TIME PERIODS UNDER SPEEDY TRIAL ACT;
13             v.                           [PROPOSED] ORDER

14  MATTHEW PAUL GUMZ,

15                      Defendant.

16

17                                    **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on December 5, 2017.

21        2.      By this stipulation, defendant now moves to continue the status conference until February

22  6, 2018, and to exclude time between December 5, 2017, and February 6, 2018, under 18 U.S.C.§

23  3161(h)(7)(A), B(iv).

24        3.      The parties agree and stipulate, and request that the Court find the following:

25        a)      The government has represented that the discovery associated with this case

26  includes reports, recordings, and photographs.  All of this discovery has been either produced

27  directly to counsel and/or made available for inspection and copying.

28        b)      Counsel for both the government and the defendant desire additional time to

                                                 1
    STIPULATION REGARDING EXCLUDABLE TIME
    PERIODS UNDER SPEEDY TRIAL ACT

research legal issues that were recently raised, determine if additional investigation needs to be undertaken, as well as consulting with agents and the defendant.

c)        Negotiations are ongoing. A plea offer was made as well as a counter-offer. Neither has resulted in the resolution of this mater to date. The parties with to continue negotiating the matter.

d)        Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)        The government does not object to the continuance, as it is a joint request.

f)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 5, 2017 to February 6, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated: November 30, 2017                          PHILLIP A. TALBERT
                                                  United States Attorney


                                                   /s/ LAUREL J. MONTOYA
                                                  LAUREL J. MONTOYA
                                                  Assistant United States Attorney

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

Dated: November 30, 2017

/s/ ANDREW WONG
ANDREW WONG
Counsel for Defendant
MATTHEW PAUL GUMZ

**[~~PROPOSED~~] ORDER**

The Court ORDERS that the Status Conference is continued to February 6, 2018 at 10:00 a.m. and time is excluded to and though that date.

IT IS SO ORDERED.

Dated:    **November 30, 2017**                **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE