1 | HEATHER E. WILLIAMS, CA Bar No.122664
Federal Defender
2 | ANDREW WONG, CA Bar No. 308269
Assistant Federal Defender
3 | Office of the Federal Defender
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: (559) 487-5561
5 | Fax: (559) 487-5950

6 | Attorney for Defendant
MATTHEW PAUL GUMZ

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, ) Case No.  5:17-mj-00028-JLT
 | )
12 | Plaintiff, ) **REQUEST FOR RULE 43 WAIVER OF**
 | ) **APPEARANCE AT NON-SUBSTANTIVE**
13 | vs. ) **PROCEEDINGS; [PROPOSED] ORDER**
 | )
14 | MATTHEW PAUL GUMZ, ) Date:   January 6, 2018
 | ) Time:  10:00 a.m.
15 | Defendant. ) Judge: Hon. Jennifer L. Thurston
 | )
16 | ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ )

17 | Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Matthew Paul Gumz, having

18 | been advised of his right to be present at all stages of the proceedings, hereby requests that this

19 | Court permit him to waive his right to personally appear at the January 6, 2018 status conference.

20 | Mr. Gumz agrees that his interests shall be represented at all times by the presence of his

21 | attorney, the Office of the Federal Defender for the Eastern District of California, the same as if

22 | he were personally present, and requests that this Court allow him attorney-in-fact to represent

23 | his interests at all times.

24 | Respectfully submitted,

25 | HEATHER E. WILLIAMS
Federal Defender
26

27 | Date: January 31, 2018 */s/ Andrew Wong*
ANDREW WONG
28 | Assistant Federal Defender
Attorney for Defendant
MATTHEW PAUL GUMZ

1

**O R D E R**

2

3     Defendant's request for a waiver of appearance is granted.  Defendant's appearance at the

4  February 6, 2018 status conference is waived.

5
   IT IS SO ORDERED.
6

7     Dated:   **February 1, 2018**              **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28