MCGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:17-MJ-00028-JLT |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| MATTHEW PAUL GUMZ, | (Doc. 23) |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 1, 2018.

2. By this stipulation, defendant now moves to continue the status conference until July 10, 2018, and to exclude time between May 1, 2018, and July 10, 2018, under 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes reports, recordings, and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for both the government and the defendant desire additional time as plea

negotiations are ongoing. A plea offer was made as well as a counter-offer. Neither has resulted in the resolution of this matter to date.

        c) Counsel for the government will be out of state for training on the date currently set. Although another attorney could appear on behalf of the government, given the posture of the case it is unlikely anything would be accomplished on the date currently set.

        d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e) The government does not object to the continuance, as it is a joint request.

        f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 1, 2018 to July 10, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 24, 2018                              MCGREGOR W. SCOTT
                                                United States Attorney

                                                /s/ LAUREL J. MONTOYA
                                                LAUREL J. MONTOYA
                                                Assistant United States Attorney

| Dated: April 24, 2018 | /s/ ANDREW WONG |
|---|---|
| | ANDREW WONG |
| | Counsel for Defendant |
| | MATTHEW PAUL GUMZ |

## [~~PROPOSED~~] FINDINGS AND ORDER

Based upon the stipulation of the parties, the Court **ORDERS:**

1. Due to the need for counsel to discuss plea agreements with their clients and because the defendant is interested in further plea discussions, the Court finds that good cause exists and the ends of justice outweigh the interests of the defendant and the public in a speedy trial;

2. The Status Conference is continued to July 10, 2018 at 10:00 a.m. and time is excluded to and though that date.

IT IS SO ORDERED.

| Dated: **April 24, 2018** | **/s/ Jennifer L. Thurston** |
|---|---|
| | UNITED STATES MAGISTRATE JUDGE |