1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  HOPE ALLEY, CA Bar #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   MATTHEW PAUL GUMZ
7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 5:17-mj-00028-JLT

12 |            Plaintiff,

13 | vs. | STIPULATION TO CONTINUE SENTENCING; [PROPOSED] ORDER

14 | MATTHEW PAUL GUMZ, | Date:   March 1, 2019
                      | Time:   9:00 a.m.
15 |            Defendant. | Judge: Hon. Jennifer L. Thurston

16

17

18   **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

19 counsel, Assistant United States Attorney Laurel Montoya, counsel for plaintiff, and Assistant

20 Federal Defender Hope Alley, counsel for defendant Matthew Paul Gumz, that the sentencing

21 hearing currently scheduled for February 8, 2019, be continued to March 1, 2019, at 9:00 a.m.

22   The defense was contacted by the probation office on December 10, 2018 for an interview

23 with Mr. Gumz. Unfortunately, Mr. Gumz is working out of state and will be for the next two

24 weeks. In order to file a final PSR prior to the sentencing date, probation intends to send a draft

25 PSR to the parties by December 28. To do so, however, probation needs to interview Mr. Gumz,

26 who is unavailable for the next two weeks. In light of the scheduling conflict, the defense requests

27 additional time for the preparation of the PSR, to prepare informal objections, formal objections,

28 and a sentencing memorandum. The requested date is a mutually agreeable date for both parties.

As this is a sentencing hearing, no exclusion of time is necessary.

                                         Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

Date: December 11, 2018            */s/ Laurel Montoya*
                                          LARUEL MONTOYA
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Date: December 11, 2018            */s/ Hope Alley*
                                          HOPE ALLEY
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          MATTHEW PAUL GUMZ

## **O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Friday, February 8, 2019 before the Honorable Jennifer L. Thurston be continued to Friday, March 1, 2019, at 9:00 a.m.

IT IS SO ORDERED.

    Dated:  **December 14, 2018**            **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE