HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MATTHEW GUMZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:17-mj-00028 JLT |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; PROPOSED ORDER |
| vs. | |
| MATTHEW GUMZ, | DATE: September 13, 2019 |
| Defendant. | TIME: 9:00 a.m. |
| | JUDGE: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Laurel Montoya, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Matthew Gumz, that the sentencing and restitution hearing currently scheduled for September 13, 2019, may be continued to November 21, 2019, at 9:00 a.m. This continuance is requested because the parties believe that additional time is necessary for defense counsel to review the newly filed pleading and to prepare Mr. Gumz's defense accordingly. The requested date is mutually agreeable to both parties. As this is a sentencing hearing, no exclusion of time is necessary.

\\

\\

\\

\\

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 11, 2019         /s/ Matthew Lemke
                                 MATTHEW LEMKE
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 MATTHEW GUMZ


MCGREGOR W. SCOTT
United States Attorney

Date: September 11, 2019         /s/ Laurel Montoya
                                 LAUREL MONTOYA
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

## [PROPOSED] O R D E R

Based on a showing of good cause, the Court hereby orders that the sentencing and restitution hearing currently scheduled for September 13, 2019, is continued to November 21, 2019, at 9:00 a.m. Mr. Gumz is ordered to appear.

Dated:  Sept. 11 , 2019

*Jennifer L. Thurston*
HON. JENNIFER L. THURSTON
United States Magistrate Judge

Gumz, M.
Stipulation and Proposed Order

2