McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:17-MJ-00028-JLT |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| MATTHEW PAUL GUMZ, | |
| Defendant. | |

Based upon the entry of a guilty plea by defendant Matthew Paul Gumz, and the Application for Preliminary Order of Forfeiture and Publication Thereof, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Pursuant to 16 U.S.C. § 1540(e)(4)(B) and 28 U.S.C. § 2461(c), defendant Matthew Paul Gumz' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. A Remington Model 700 rifle, serial number S6705177, with a Bausch and Lomb scope, and

   b. All ammunition seized from defendant.

2. The above-listed property constitutes guns, traps, nets, and other equipment used to aid the taking of any fish or wildlife in violation of 16 U.S.C. § 1538(a)(1)(B).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized

PRELIMINARY ORDER OF FORFEITURE    1

to seize the above-listed property.  The aforementioned property shall be seized and held by the United States Fish and Wildlife Service in its secure custody and control.

4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within 60 days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within 30 days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 16 U.S.C. § 1540(e)(4)(B) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **November 21, 2019**         **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE