| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | LAUREL J. MONTOYA<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NO. 5:17-MJ-00028-JLT |
| Plaintiff, | | MOTION TO DISMISS COUNT TWO OF COMPLAINT |
| v. | | |
| MATTHEW PAUL GUMZ, | | |
| Defendant. | | |

Comes now the United States, by and through its attorneys of record, MCGREGOR W. SCOTT, United States Attorney, and LAUREL J. MONTOYA, Assistant U.S. Attorney, and request leave of the Court to dismiss the Count Two of the Complaint in this case as to the above-named defendant in the interest of justice. The defendant has entered a plea to and has been sentenced as to Count One. This request is made pursuant to the agreement of the parties.

Dated: December 4, 2019

                 MCGREGOR W. SCOTT
                 United States Attorney

               By: /s/ LAUREL J. MONTOYA
                  LAUREL J. MONTOYA
                  Assistant United States Attorney

///

///

///

///

MOTION TO DISMISS COUNT TWO OF THE COMPLAINT;
ORDER

1

**ORDER**

IT IS SO ORDERED that Count Two of the Complaint be dismissed as to defendant Gumz.

IT IS SO ORDERED.

Dated: __**December 4, 2019**__     __**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE