McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:17-MJ-00028-JLT |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | (Doc. 59) |
| MATTHEW PAUL GUMZ, | |
| Defendant. | |

On November 21, 2019, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Matthew Paul Gumz in the following property:

    a. A Remington Model 700 rifle, serial number S6705177, with a Bausch and Lomb scope, and

    b. All ammunition seized from defendant.

Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, third parties asserting a legal interest in the above-listed forfeited property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

Beginning on June 28, 2020, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right

1  to petition the Court within sixty (60) days from the first day of publication of the notice for a
2  hearing to adjudicate the validity of their alleged legal interest in the forfeited property.
3       No third party has filed a claim to the subject property and the time for any person or
4  entity to file a claim has expired.
5       Accordingly, it is hereby ORDERED and ADJUDGED:
6       1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of
7  America all right, title, and interest in the above-listed property pursuant to 16 U.S.C. §
8  1540(e)(4)(B) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right,
9  title, and interest of Matthew Paul Gumz.
10      2.    All right, title, and interest in the above-listed property shall vest solely in the
11 name of the United States of America.
12      3.    The United States Fish and Wildlife Service shall maintain custody of and
13 control over the subject property until it is disposed of according to law.
14
15 IT IS SO ORDERED.
16    Dated:   **November 23, 2020**          /s/ **Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE
17
18
19
20
21
22
23
24
25
26
27
28

FINAL ORDER OF FORFEITURE          2